UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAADYA MASTAFA et al.,

        Plaintiffs,

- against -

CHEVRON CORP. et al.,

        Defendants.

10-CV-5646 (JSR)

ECF CASE

<u>ELECTRONICALLY FILED</u>

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, I, Robert S. Bennett, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission, *pro hac vice,* of:

    Ellen S. Kennedy
    HOGAN LOVELLS US LLP
    555 13th Street, NW
    Washington, DC 20004
    (Tel.) (202) 637-6591
    (Fax) (202) 637-5910

Ms. Kennedy is a member in good standing of the bars of the District of Columbia and Commonwealth of Virginia. There are no pending disciplinary proceedings against Ms. Kennedy in any State or Federal court.

Dated: September 20, 2010
Washington, D.C.

                        HOGAN LOVELLS US LLP

                        _____
                        Robert S. Bennett (RS-5854)

875 Third Avenue
New York, NY 10022
(212) 918-6262
robert.bennett@hoganlovells.com

*Attorney for BNP Paribas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAADYA MASTAFA et al., <br><br> Plaintiffs, <br><br> - against - <br><br> CHEVRON CORP. et al., <br><br> Defendants. | 10-CV-5646 (JSR) <br><br> ECF CASE <br><br> <u>ELECTRONICALLY FILED</u> |

## <u>DECLARATION OF ROBERT S. BENNETT</u>

I, Robert S. Bennett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the firm of Hogan Lovells US LLP, counsel for Defendant BNP Paribas ("the Bank") in the above-captioned action. I am admitted to practice in, and a member in good standing of, the bars of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of the Bank's motion, pursuant to Local Civil Rule 1.3(c), for the admission of Ellen S. Kennedy to the bar of this Court *pro hac vice*.

2. Ms. Kennedy is a member of the law firm of Hogan Lovells US LLP, and is resident in the firm's Washington, DC office. Ms. Kennedy is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and is admitted to practice in the courts of the District of Columbia, the courts of the Commonwealth of Virginia, the United States Courts of Appeal for the First and Fourth Circuits, and the United States District Courts for the District of Massachusetts and the District of Columbia. Attached hereto as Exhibits A and B are Ms. Kennedy's certificates of good standing for the bars of the District of Columbia

and the Commonwealth of Virginia. Ms. Kennedy is familiar with the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

3. For the reasons set forth above, I respectfully request that Ms. Kennedy be admitted to the bar of this court *pro hac vice*.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of September, 2010.

Robert S. Bennett

Exhibit A



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ELLEN S. KENNEDY_____

was on the   1ST   day of   FEBRUARY, 1999

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 10, 2010.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____[signature]_____
>                Deputy Clerk

Exhibit B

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT ELLEN SWENNES KENNEDY IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MRS. KENNEDY WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 9, 1997**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued September 13, 2010

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

## CERTIFICATE OF SERVICE

I, Robert S. Bennett, hereby certify that on the 20th day of September, 2010, I caused a true and correct copy of the forgoing Motion for Pro Hac Vice Admission of Ellen S. Kennedy to be served via electronic mail up on the following:

*See* Attached Service List

*Robert S. Bennett*
Robert S. Bennett
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
(Tel.) (212) 918-6262
(Fax) (212) 918-3100
robert.bennett@hoganlovells.com

Attorney for Defendant BNP Paribas

<u>Service List:</u>
10-05646

Meir Feder
Thomas E. Lynch
JONES DAY
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939
mfeder@jonesday.com
telynch@jonesday.com

Michael A. Carvin
Gregory G. Katsas
(*pro hac vice* applications to be filed)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com
ggkatsas@jonesday.com

*Attorneys for Chevron Corporation*

John Timothy Murray
Murray and Murray Co. L.P.A
111 E. Shoreline Drive
Sandusky, OH 44870
(419)-624-3125
Fax: (419)-624-0707
Email: jotm@murrayandmurray.com

Dennis E. Murray
Murray and Murray Co. L.P.A
111 E. Shoreline Drive
Sandusky, OH 44870
(419)-624-3000
Fax: (419)-624-0707
Email: dms@murrayandmurray.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAADYA MASTAFA et al.,<br><br>            Plaintiffs,<br><br>- against -<br><br>CHEVRON CORP. et al.,<br><br>            Defendants. | 10-CV-5646 (JSR)<br><br>ECF CASE<br><br>ELECTRONICALLY FILED |

### [PROPOSED] ORDER

Upon consideration of the motion of Defendant BNP Paribas for Admission *Pro Hac Vice*, and the Declaration of Robert S. Bennett, submitted in support thereof, and good cause having been shown, it is SO ORDERED that Ellen S. Kennedy is admitted to the bar of this Court *pro hac vice* this ____ day of _____, 2010.

_____
Jed S. Rakoff
United States District Judge

\\\DC - 036023/000004 - 3143449 v1