**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

SAADYA MASTAFA, KAFIA ISMAIL,
BATUL NUR, AFAF RASOOL, ZAHRA
RASOOL,

                  Plaintiff,

-against-

CHEVRON CORP., BANQUE NATIONALE
                  Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2010

**10 CIVIL** 5646 (JSR)

**JUDGMENT**

      Whereas the above-captioned action having come before this court, and the matter having come before the Honorable Jed Rakoff, United States District Judge, and the Court, on October 27, 2010, having rendered its Memorandum and Order granting defendants motion to dismiss and directing the Clerk of Court to enter final judgment dismissing the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 29, 2010, defendants' motion to dismiss is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          November 30, 2010

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                  BY:

                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/30/10