IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* | Case No. 1:10-cv-05646-JSR |
| Plaintiffs, | |
| v. | Judge Jed S. Rakoff |
| | ECF Case |
| Chevron Corp, *et al.* | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Saadya Mastafa, Kafia Ismail, Batul Nur, Afaf Rasool and Zahra Rasool, all of the plaintiffs in the above-entitled case hereby appeal to the United States Court of Appeals for the Second Circuit the Memorandum Order entered on the 29th day of November, 2010 (doc. 33) and the final judgment entered in this action on the 30th day of November, 2010 (doc. 34) dismissing their complaint with prejudice.

Respectfully submitted,

*/s/ John Murray for MJD*
John T. Murray (JM0753)
jotm@murrayandmurray.com
Leslie O. Murray (Admitted *Pro Hac Vice*)
leslie@murrayandmurray.com
Dennis E. Murray Sr. (Admitted *Pro Hac Vice*)
dennis@murrayandmurray.com
**MURRAY & MURRAY CO., L.P.A.**
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3125
Facsimile: (419) 624-0707

*Attorneys for Plaintiffs*

1

## **CERTIFICATION**

I hereby certify that on December 23, 2010, the foregoing served via electronic and regular mail to the following:

Gregory G. Kastas
Michael Anthony Carvin
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

and

Meir Feder
Thomas E. Lynch
JONES DAY
222 East 41st Street
New York, NY 10017

*Attorneys for Chevron Corp.*

Ellen Swennes Kennedy
Robert Stephen Bennett
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004

and

Jennifer Lynn Spaziano
SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005

and

William John O'Brien III
SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

John T. Murray (JM0753)
**MURRAY & MURRAY CO., LPA**
*Attorney for Plaintiffs*